IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 11-cv-03396-PAB-MEH | Date: October 11, 2012 |
| Courtroom Deputy: Stacy Shaul | **FTR – Courtroom A501** |

| | |
|---|---|
| PAUL ALLEN, | Alison Ruttenberg |
| SCOTT ARENDS, | Ingrid DeFranco |
| WAYNE BETHURUM, | John Pineau |
| JEREMY LOYD, and | |
| GARY SKAGGS | |
| Plaintiff, | |
| vs. | |
| TOM CLEMENTS and | Kathryn Starnella |
| BURL MCCULLAR, | Nicole Gellar |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**   9:58 a.m.

Court calls case. Appearances of counsel.

Argument and discussion regarding Plaintiff's Motion to Compel Discovery Responses (Doc. #32, filed 8/29/2012)

**ORDERED:**   Plaintiff's Motion to Compel Discovery Responses (Doc. #32, filed 8/29/2012) is GRANTED in part and DENIED in part as stated on the record.

Telephone Conference scheduled for **October 18, 2012 at 10:15 a.m.**, and Status Conference set for **October 29, 2012 at 9:45 a.m.**

**Court in recess:**   11:24 a.m.   (Hearing concluded)
**Total time in court:**   1:26