IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03396-PAB-MEH

PAUL ALLEN,
SCOTT ARENDS,
WAYNE BETHURUM,
JEREMY LLOYD, AND
GARY SKAGGS,
on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

TOM CLEMENTS, Executive Director, Colorado Department of Corrections,
BURL McCULLAR, Director of the Sex Offender Treatment and Management Program, Colorado Department of Corrections, and
JANE/JOHN DOE(S), known to Defendants but presently unknown to Plaintiffs,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 19, 2012.**

Defendants' unopposed[1] Motion for Protective Order Pursuant to Fed. R. Civ. P. 26(c)(1) and D.C. Colo. LCivR 30.2 [filed October 17, 2012; docket #41] is **granted**. The proposed Protective Order is accepted and filed contemporaneously with this minute order.

---

[1] See docket #42.