**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-03396-PAB-MEH

PAUL ALLEN,
SCOTT ARENDS,
WAYNE BETHURUM,
JEREMY LOYD, and
GARY SKAGGS,
On behalf of themselves and all others similarly situated,

      Plaintiffs,

v.

TOM CLEMENTS, Executive Director, Colorado Department of Corrections,
BURL MCCULLAR, Director of the Sex Offender Treatment and Management Program, Colorado Department of Corrections, and
JANE/JOHN DOE(S), known to defendants but presently unknown to plaintiffs,

      Defendants.

---

**FINAL JUDGMENT**

---

      In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

      Pursuant to the Order [Docket No. 86] of Judge Philip A. Brimmer entered on March 13, 2013 it is

      ORDERED that Defendants Clements and McCullar's Motion to Dismiss Class Action Complaint for Declaratory and Injunctive Relief [Docket No. 14] is GRANTED. It is

FURTHER ORDERED that Plaintiffs' shall recover nothing, their claims are dismissed, and final judgment is entered in favor of the defendants and against the plaintiffs.

Dated at Denver, Colorado this 15th day of March, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler

Edward P. Butler
Deputy Clerk